B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |

**Name of Debtor** (if individual, enter Last, First, Middle):
Emerson Overlook, LLC

**Name of Joint Debtor** (Spouse) (Last, First, Middle):

**All Other Names used by the Debtor in the last 8 years**
(include married, maiden, and trade names):

**All Other Names used by the Joint Debtor in the last 8 years**
(include married, maiden, and trade names):

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)
20-0930499

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)

**Street Address of Debtor** (No. and Street, City, and State):
358 Roswell Street
Suite 1200
Marietta, GA
ZIP Code: 30060

**Street Address of Joint Debtor** (No. and Street, City, and State):
ZIP Code:

**County of Residence or of the Principal Place of Business:**
Cobb

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor** (if different from street address):
ZIP Code:

**Mailing Address of Joint Debtor** (if different from street address):
ZIP Code:

**Location of Principal Assets of Business Debtor**
(if different from street address above):

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Emerson Overlook, LLC |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____[signature]_____  1/4/2010 <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Emerson Overlook, LLC |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X *[signature]*
Signature of Attorney for Debtor(s)

Todd E. Hennings State Bar Number 347302
Printed Name of Attorney for Debtor(s)

Macey, Wilensky, Kessler & Hennings, LLC
Firm Name

230 Peachtree Street, N.W.
Suite 2700
Atlanta, GA 30303-1561
Address

Email: thennings@maceywilensky.com
(404) 584-1200  Fax: (404) 681-4355
Telephone Number

January 4, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

Donald Roger DeBoy
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

January 4, 2010
Date

## CERTIFIED COPY OF RESOLUTION
## OF BOARD OF DIRECTORS OF
## EMERSON OVERLOOK, LLC

This is to certify that a meeting of the Board of Directors of Emerson Overlook, LLC, a Georgia Limited Liability Company (the Company), held on the 30th day of December, 2009, the following resolution was adopted:

WHEREAS, the Company is unable to pay its debts as they generally mature. NOW, THEREFORE, IT IS HEREBY

RESOLVED, that the Company authorizes any of the officers of the Company to prepare, file and execute the Petition for Relief provided in Title 11, United States Code, Chapter 11 for Emerson Overlook, LLC, a Georgia Limited Liability Company, and all of the necessary papers in connection therewith, in the United States Bankruptcy Court, Northern District of Georgia.

RESOLVED FURTHER, that any of the officers of the Company be and they hereby are authorized to do any other acts, execute all necessary documents and take any other steps in the name and in behalf of the said Company necessary or appropriate to obtaining such relief, including the presentation of a Plan of Reorganization.

RESOLVED FURTHER, that any of the officers of the Company be and they hereby are authorized to retain as counsel for the Company in said proceeding Macey, Wilensky, Kessler & Hennings, LLC.

Said resolution is still of full force and effect.

Dated: Dec 30, 2009

D. Roger DeBoy
Emerson Overlook, LLC

336540-I

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  Emerson Overlook, LLC                           Case No. _____
                       Debtor(s)                       Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 2000 Concrete Structures, LLC<br>1010 Huntcliff<br>Atlanta, GA 30350-7532 | 2000 Concrete Structures, LLC<br>1010 Huntcliff<br>Atlanta, GA 30350-7532 | Trade debt | Disputed | 159,645.01 |
| ACME American<br>319 Atlanta Street, S.E.<br>Marietta, GA 30060 | ACME American<br>319 Atlanta Street, S.E.<br>Marietta, GA 30060 | Trade Debt | | 9,710.00 |
| Balance Staffing<br>P.O. Box 60839<br>Charlotte, NC 28260 | Balance Staffing<br>P.O. Box 60839<br>Charlotte, NC 28260 | Trade debt | | 7,689.50 |
| Controlled Access<br>1791 Williams Drive<br>Marietta, GA 30066 | Controlled Access<br>1791 Williams Drive<br>Marietta, GA 30066 | Trade Debt | | 5,765.03 |
| Cool-Tech<br>P. O. Box 4458<br>Canton, GA 30114 | Cool-Tech<br>P. O. Box 4458<br>Canton, GA 30114 | Trade Debt | | 54,017.17 |
| Curtainwall & Glass Systems<br>P.O. Box 922285<br>Norcross, GA 30010 | Curtainwall & Glass Systems<br>P.O. Box 922285<br>Norcross, GA 30010 | Trade debt | | 9,963.87 |
| First Fence of Georgia<br>4131 Jiles Road<br>Kennesaw, GA 30144 | First Fence of Georgia<br>4131 Jiles Road<br>Kennesaw, GA 30144 | Trade debt | | 16,792.50 |
| Hart Flooring<br>6659 Peachtree Industrial Blvd<br>Suite L<br>Norcross, GA 30092 | Hart Flooring<br>6659 Peachtree Industrial Blvd<br>Suite L<br>Norcross, GA 30092 | Trade Debt | | 8,572.98 |
| Henry Sign Systems, Inc.<br>2285 Park Central Blvd.<br>Atlanta, GA 30340 | Henry Sign Systems, Inc.<br>2285 Park Central Blvd.<br>Atlanta, GA 30340 | Trade debt | | 36,480.81 |
| Holt and Holt, Inc.<br>1286 Hawthorne Lane<br>Smyrna, GA 30080 | Holt and Holt, Inc.<br>1286 Hawthorne Lane<br>Smyrna, GA 30080 | Trade debt | | 249,172.60 |
| Lemay Electric, Inc.<br>12195 Highway 92<br>Suite 114-214<br>Woodstock, GA 30188 | Lemay Electric, Inc.<br>12195 Highway 92<br>Suite 114-214<br>Woodstock, GA 30188 | Trade debt | | 194,873.07 |

B4 (Official Form 4) (12/07) - Cont.

In re   Emerson Overlook, LLC                                     Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lemay Electric, Inc. 12195 Highway 92 Suite 114-214 Woodstock, GA 30188 | Lemay Electric, Inc. 12195 Highway 92 Suite 114-214 Woodstock, GA 30188 | Trade debt | | 123,760.50 |
| Poag Mechanical 112 Pioneer Industrial Blvd. Jasper, GA 30143 | Poag Mechanical 112 Pioneer Industrial Blvd. Jasper, GA 30143 | Trade debt | | 72,997.84 |
| Premier Elevator Co. 230 Andrew Drive Stockbridge, GA 30281 | Premier Elevator Co. 230 Andrew Drive Stockbridge, GA 30281 | Trade Debt | | 23,617.52 |
| Professional Staffing d/b/a Craftsman on Call P. O. Box 4699 Clearwater, FL 33758 | Professional Staffing d/b/a Craftsman on Call P. O. Box 4699 Clearwater, FL 33758 | Trade Debt | | 7,471.02 |
| Reb Storage Systems P.O. Box 66336 Chicago, IL 60666 | Reb Storage Systems P.O. Box 66336 Chicago, IL 60666 | Trade debt | | 23,000.00 |
| Spectra Flooring 3648 Oakcliff Road Doraville, GA 30340 | Spectra Flooring 3648 Oakcliff Road Doraville, GA 30340 | Trade debt | | 92,260.07 |
| Sundance Roofing 1330 Shadowood Court Marietta, GA 30066 | Sundance Roofing 1330 Shadowood Court Marietta, GA 30066 | Trade debt | | 14,810.40 |
| Terry's Touch Custom Painting 2684 Catawba Drive Kennesaw, GA 30152 | Terry's Touch Custom Painting 2684 Catawba Drive Kennesaw, GA 30152 | Trade Debt | | 22,526.45 |
| White Hawk, Inc. 1475 Canton Road Marietta, GA 30066 | White Hawk, Inc. 1475 Canton Road Marietta, GA 30066 | Trade Debt | Disputed | 10,382.50 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   January 4, 2010                    Signature   /s/ Donald Roger LeBoy
                                                      Donald Roger LeBoy
                                                      Managing Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

2000 CONCRETE STRUCTURES, LLC
1010 HUNTCLIFF
ATLANTA GA 30350-7532


AA DRAIN CLEANING SERVICE
326 WEST LANE
WOODSTOCK GA 30188


ACME AMERICAN
319 ATLANTA STREET, S.E.
MARIETTA GA 30060


BALANCE STAFFING
P.O. BOX 60839
CHARLOTTE NC 28260


BANK OF NORTH GEORGIA
P. O. BOX 1407
ALPHARETTA GA 30009


CONTROLLED ACCESS
1791 WILLIAMS DRIVE
MARIETTA GA 30066


COOL-TECH
P. O. BOX 4458
CANTON GA 30114


CURTAINWALL & GLASS SYSTEMS
P.O. BOX 922285
NORCROSS GA 30010


DE OPLOSSING, INC.
358 ROSWELL STREET
SUITE 1200
MARIETTA GA 30060

DODD HEATING AND AIR
8318 DURALEE LANE
SUITE 102
DOUGLASVILLE GA 30134


FIRST FENCE OF GEORGIA
4131 JILES ROAD
KENNESAW GA 30144


GARVIS SAMS, ESQ.
376 POWDER SPRINGS ROAD
SUITE 100
MARIETTA GA 30064


GREGORY M. TAUBE, ESQ.
201 17TH STRET, N.W.
17TH FLOOR
ATLANTA GA 30363


H. SCOTT GREGORY, JR., ESQ.
BROCK CLAY CALHOUN & ROGERS
49 ATLANTA STREET
MARIETTA GA 30060


H2O PROOF
298 GATEWAY DRIVE
CANTON GA 30115-8252


HART FLOORING
6659 PEACHTREE INDUSTRIAL BLVD
SUITE L
NORCROSS GA 30092


HECK AND COMPANY
5219 LEGENDARY LANE
ACWORTH GA 30102

HENRY SIGN SYSTEMS, INC.
2285 PARK CENTRAL BLVD.
ATLANTA GA 30340


HIRE QUEST, LLC
P. O. BOX 890714
CHARLOTTE NC 28289


HOLT AND HOLT, INC.
1286 HAWTHORNE LANE
SMYRNA GA 30080


JONES PROPERTIES
5388 FAWN MEADOW LANE
POWDER SPRINGS GA 30127


LEMAY ELECTRIC, INC.
12195 HIGHWAY 92
SUITE 114-214
WOODSTOCK GA 30188


POAG MECHANICAL
112 PIONEER INDUSTRIAL BLVD.
JASPER GA 30143


POPULAR EQUIPMENT FINANCE
LOCKBOX 771922
1922 SOLUTIONS CENTER
CHICAGO IL 60677


PREMIER ELEVATOR CO.
230 ANDREW DRIVE
STOCKBRIDGE GA 30281


PROFESSIONAL STAFFING
D/B/A CRAFTSMAN ON CALL
P. O. BOX 4699
CLEARWATER FL 33758

REB STORAGE SYSTEMS
P.O. BOX 66336
CHICAGO IL 60666


SPECTRA FLOORING
3648 OAKCLIFF ROAD
DORAVILLE GA 30340


STAFF ZONE
P.O. BOX 933355
ATLANTA GA 31193


SUNDANCE ROOFING
1330 SHADOWOOD COURT
MARIETTA GA 30066


TERRY'S TOUCH CUSTOM PAINTING
2684 CATAWBA DRIVE
KENNESAW GA 30152


WEISSMAN, NOWACK & CURRY, P.C.
ONE ALLIANCE CENTER, 4TH FLOOR
3500 LENOX ROAD
ATLANTA GA 30326


WHITE HAWK, INC.
1475 CANTON ROAD
MARIETTA GA 30066

**United States Bankruptcy Court**
**Northern District of Georgia**

In re   Emerson Overlook, LLC                                    Case No.
                            Debtor(s)                            Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  January 4, 2010

Donald Roger DeBoy/Managing Member
Signer/Title