UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | * | Case No. 10-60282-JEM |
| | * | |
| EMERSON OVERLOOK, LLC | * | Chapter 11 |
| | * | |
| Debtor. | * | |
| | * | |

## MOTION FOR ADMINISTRATIVE CONSOLIDATION

COMES NOW, Emerson Overlook, LLC, Debtor and Debtor-in-Possession, and files this Motion for Administrative Consolidation pursuant to 11 U.S.C. § 105 and Fed.R.Bankr.P. 1015(b), and in support thereof respectfully represents:

1. On January 4, 2010, Debtor filed a petition constituting an order for relief under 11 U.S.C. Chapter 11.

2. Debtor has continued in possession of its property and continues to operate as Debtor-in-Possession.

3. The Debtor has two affiliates that also filed Chapter 11 petitions in this Court on January 4, 2010: Emerson, LLC (Case No. 10-60292) and Emerson Development, LLC (Case No. 10- 60303). Administrative consolidation of the three debtors (collectively "Debtors")'s estates is necessary for efficient administration and is in the best interest of the respective creditors. Factors supporting administrative consolidation include:

    (a) The Debtors have common ownership and management;

    (b) The Debtors operate out of the same offices;

    (c) The Debtors use the same management company; and

    (d) The Debtors have common creditors.

343818

4 It is impractical to administer these estates separately, and to attempt to do so would impose undue financial burdens on the estates of the Debtors to the detriment of their creditors.

**WHEREFORE**, the Debtor respectfully requests that the Court

(a) enter an order administratively consolidating the estates of the above-referenced Debtors, pursuant to 11 U.S.C. § 105 and Fed.R.Bankr.P. 1015(b), and

(b) grant such other and further relief as it deems just and proper.

Dated January 5, 2010, Atlanta, Georgia.

           Respectfully submitted,

           /s/ William A. Rountree
           Todd E. Hennings, Georgia Bar 347302
           William A. Rountree, Georgia Bar 616503

Macey, Wilensky, Kessler & Hennings, LLC
230 Peachtree Street, N.W.
Suite 2700
Atlanta, GA 30303-1561
(404) 584-1200
(404) 681-4355 – Facsimile

343818

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing MOTION FOR ADMINISTRATIVE CONSOLIDATION was served by facsimile and by depositing a copy of same in the United States Mail, first class postage prepaid, addressed to the following interested parties and to the Twenty Largest Unsecured Creditors as listed on attached sheet:

        Office of the U.S. Trustee
        362 Richard B. Russell Building
        75 Spring Street, S.W.
        Atlanta, GA  30303

        Gregory M. Taube, Esq.
        Nelson, Mullins, Riley & Scarborough, LLP
        201 17th Street, NW
        Suite 1700
        Atlanta, GA  30363

        Bank of North Georgia
        P.O. Box 1407
        Alpharetta, GA  30009

This 5th day of January, 2010.

                                      /s/ William A. Rountree
                                      Todd E. Hennings, Georgia Bar 347302
                                      William A. Rountree, Georgia Bar 616503

Macey, Wilensky, Kessler & Hennings, LLC
230 Peachtree Street, N.W.
Suite 2700
Atlanta, GA 30303-1561
(404) 584-1200
(404) 681-4355 – Facsimile

343818

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  Emerson Overlook, LLC  
Debtor(s)

Case No.  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 2000 Concrete Structures, LLC<br>1010 Huntcliff<br>Atlanta, GA 30350-7532 | 2000 Concrete Structures, LLC<br>1010 Huntcliff<br>Atlanta, GA 30350-7532 | Trade debt | Disputed | 159,645.01 |
| ACME American<br>319 Atlanta Street, S.E.<br>Marietta, GA 30060 | ACME American<br>319 Atlanta Street, S.E.<br>Marietta, GA 30060 | Trade Debt | | 9,710.00 |
| Balance Staffing<br>P.O. Box 60839<br>Charlotte, NC 28260 | Balance Staffing<br>P.O. Box 60839<br>Charlotte, NC 28260 | Trade debt | | 7,689.50 |
| Controlled Access<br>1791 Williams Drive<br>Marietta, GA 30066 | Controlled Access<br>1791 Williams Drive<br>Marietta, GA 30066 | Trade Debt | | 5,765.03 |
| Cool-Tech<br>P. O. Box 4458<br>Canton, GA 30114 | Cool-Tech<br>P. O. Box 4458<br>Canton, GA 30114 | Trade Debt | | 54,017.17 |
| Curtainwall & Glass Systems<br>P.O. Box 922285<br>Norcross, GA 30010 | Curtainwall & Glass Systems<br>P.O. Box 922285<br>Norcross, GA 30010 | Trade debt | | 9,963.87 |
| First Fence of Georgia<br>4131 Jiles Road<br>Kennesaw, GA 30144 | First Fence of Georgia<br>4131 Jiles Road<br>Kennesaw, GA 30144 | Trade debt | | 16,792.50 |
| Hart Flooring<br>6659 Peachtree Industrial Blvd<br>Suite L<br>Norcross, GA 30092 | Hart Flooring<br>6659 Peachtree Industrial Blvd<br>Suite L<br>Norcross, GA 30092 | Trade Debt | | 8,572.98 |
| Henry Sign Systems, Inc.<br>2285 Park Central Blvd.<br>Atlanta, GA 30340 | Henry Sign Systems, Inc.<br>2285 Park Central Blvd.<br>Atlanta, GA 30340 | Trade debt | | 36,480.81 |
| Holt and Holt, Inc.<br>1286 Hawthorne Lane<br>Smyrna, GA 30080 | Holt and Holt, Inc.<br>1286 Hawthorne Lane<br>Smyrna, GA 30080 | Trade debt | | 249,172.60 |
| Lemay Electric, Inc.<br>12195 Highway 92<br>Suite 114-214<br>Woodstock, GA 30188 | Lemay Electric, Inc.<br>12195 Highway 92<br>Suite 114-214<br>Woodstock, GA 30188 | Trade debt | | 194,873.07 |

B4 (Official Form 4) (12/07) - Cont.

In re   Emerson Overlook, LLC                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lemay Electric, Inc.<br>12195 Highway 92<br>Suite 114-214<br>Woodstock, GA 30188 | Lemay Electric, Inc.<br>12195 Highway 92<br>Suite 114-214<br>Woodstock, GA 30188 | Trade debt | | 123,760.50 |
| Poag Mechanical<br>112 Pioneer Industrial Blvd.<br>Jasper, GA 30143 | Poag Mechanical<br>112 Pioneer Industrial Blvd.<br>Jasper, GA 30143 | Trade debt | | 72,997.84 |
| Premier Elevator Co.<br>230 Andrew Drive<br>Stockbridge, GA 30281 | Premier Elevator Co.<br>230 Andrew Drive<br>Stockbridge, GA 30281 | Trade Debt | | 23,617.52 |
| Professional Staffing<br>d/b/a Craftsman on Call<br>P. O. Box 4699<br>Clearwater, FL 33758 | Professional Staffing<br>d/b/a Craftsman on Call<br>P. O. Box 4699<br>Clearwater, FL 33758 | Trade Debt | | 7,471.02 |
| Reb Storage Systems<br>P.O. Box 66336<br>Chicago, IL 60666 | Reb Storage Systems<br>P.O. Box 66336<br>Chicago, IL 60666 | Trade debt | | 23,000.00 |
| Spectra Flooring<br>3648 Oakcliff Road<br>Doraville, GA 30340 | Spectra Flooring<br>3648 Oakcliff Road<br>Doraville, GA 30340 | Trade debt | | 92,260.07 |
| Sundance Roofing<br>1330 Shadowood Court<br>Marietta, GA 30066 | Sundance Roofing<br>1330 Shadowood Court<br>Marietta, GA 30066 | Trade debt | | 14,810.40 |
| Terry's Touch Custom Painting<br>2684 Catawba Drive<br>Kennesaw, GA 30152 | Terry's Touch Custom Painting<br>2684 Catawba Drive<br>Kennesaw, GA 30152 | Trade Debt | | 22,526.45 |
| White Hawk, Inc.<br>1475 Canton Road<br>Marietta, GA 30066 | White Hawk, Inc.<br>1475 Canton Road<br>Marietta, GA 30066 | Trade Debt | Disputed | 10,382.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   January 4, 2010                   Signature   _____
                                                     Donald Roger DeBoy
                                                     Managing Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.